**B1 (Official Form 1) (12/11)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spacio, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **38-3663257** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2706 North Halsted Street**<br>**Chicago, IL**<br>ZIPCODE **60614-1414** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Spacio, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td colspan="1"><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td><td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          Date</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Spacio, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Mark S. Wheeler*<br>Signature of Attorney for Debtor(s)<br><br>**Mark S. Wheeler  6208514**<br>**Wheeler & Patel LLP**<br>**1008 West Lake Street, Unit 1**<br>**Chicago, IL  60607-1715**<br>**(312) 521-0135**<br><br><br>**August 31, 2012**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ Thomas Klein*<br>Signature of Authorized Individual<br><br>**Thomas Klein**<br>Printed Name of Authorized Individual<br><br>**Managing Partner**<br>Title of Authorized Individual<br><br>**August 31, 2012**<br>Date | **X** _____<br>Signature<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Spacio, LLC** _____    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

_____**0**_____ continuation sheets attached

| | Subtotal (Total of this page) | $ | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

IN RE **Spacio, LLC** _____    Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Spacio, LLC                 Case No. _____

Debtor(s)                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **38-3663257**<br>**Illinois Secretary of State**<br>**Michael J. Howlett Building**<br>**501 S. Second St., Rm. 350**<br>**Springfield, IL 62756** | | | **notice only** | | | | **0.00** | | |
| ACCOUNT NO.<br>**Secretary Of State**<br>**Room 350**<br>**69 West Washington**<br>**Chicago, IL 60602** | | | **Assignee or other notification for:**<br>**Illinois Secretary of State** | | | | | | |
| ACCOUNT NO. **38-3663257**<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7396** | | | **notice only** | | | | **0.00** | | |
| ACCOUNT NO.<br>**Internal Revenue Services Payments**<br>**P.O. Box 7312**<br>**Philadelphia, PA 19101-7317** | | | **Assignee or other notification for:**<br>**Internal Revenue Service** | | | | | | |
| ACCOUNT NO. **38-3663257**<br>**State Of Illinois**<br>**Department Of Revenue**<br>**Box 19035**<br>**Springfield, IL 62794-9035** | | | **notice only** | | | | **0.00** | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $_____   $_____   $_____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $_____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $_____   $_____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Spacio, LLC** _____     Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **773-244-6500 0149** <br><br> **A T & T** <br> **Box 8100** <br> **Aurora, IL  60507-8100** | | | **phone service** | | | | **340.54** |
| ACCOUNT NO. **12025** <br><br> **Advanced Microderm** <br> **Suite 302** <br> **904 South Roselle Road** <br> **Schaumburg, IL  60193** | | | **charge** | | | | **116.00** |
| ACCOUNT NO. **84068509** <br><br> **Aetna** <br> **Box 0824** <br> **Carol Stream, IL  60132-0824** | | | **services** | | | | **8,749.78** |
| ACCOUNT NO. **xxx-xx-1513** <br><br> **Alexis Knaak** <br> **2254 North Southport** <br> **Chicago, IL  60614** | | | **payroll wages** | | | | **326.40** |

__12__ continuation sheets attached

| | Subtotal <br> (Total of this page) | $ | **9,532.72** |
|---|---|---|---|
| | Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC**
_____   Case No. _____
Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-8055** <br><br> **Amanda Rosario** <br> **2109 North Spaulding Avenue** <br> **Chicago, IL  60647** | | | payroll wages | | | | 260.80 |
| ACCOUNT NO. **424228749885** <br><br> **Bank Of America** <br> **Merchant Services** <br> **Box 6600** <br> **Hagerstown, MD  21741-6600** | | | NSF fees | | | | 1,576.96 |
| ACCOUNT NO. **xxx-xx-6184** <br><br> **C. Grant McCorkhill** <br> **30th Floor** <br> **131 South Dearborn** <br> **Chicago, IL  60603** | | | | | | | 0.00 |
| ACCOUNT NO. **BP00329993** <br><br> **Capital Insurance Companies** <br> **Box 673110** <br> **Chicago, IL  60695-3110** | | | collection | | | | 10,259.00 |
| ACCOUNT NO. **xxx-xx-0754** <br><br> **Carl Chaleff** <br> **55 West Goethe** <br> **Chicago, IL  60610** | | | | | | | 0.00 |
| ACCOUNT NO. **10451** <br><br> **Caxy Consulting** <br> **Suite 601** <br> **600 West Van Buren Street** <br> **Chicago, IL  60607** | | | services | | | | 150.00 |
| ACCOUNT NO. **xxx-xx-4593** <br><br> **Chad Bessignano** <br> **Apartment 1** <br> **4535 Magnolia Avenue** <br> **Chicago, IL  60640-5512** | | | payroll wages | | | | 229.12 |

Sheet no. **1** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 12,475.88

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC** _____    Case No. _____
                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-3550**<br>**Cheryl Kujawinski**<br>**Apartment 3E**<br>**2920 North Albany**<br>**Chicago, IL  60618** | | | **payroll wages** | | | | 48.80 |
| ACCOUNT NO. **xxx-xx-0288**<br>**Christie Nelson**<br>**Unit 1004**<br>**670 West Wayman Street**<br>**Chicago, IL  60661** | | | **payroll wages** | | | | 173.06 |
| ACCOUNT NO. **xxx-xx-6195**<br>**Christopher S. Bailey**<br>**Unit 3 F**<br>**933 West Agatite**<br>**Chicago, IL  60640** | | | **payroll wages** | | | | 206.16 |
| ACCOUNT NO. **769-07479**<br>**Cintas**<br>**Box 88005**<br>**Chicago, IL  60680** | | | **collection** | | | | 120.57 |
| ACCOUNT NO. **C00349**<br>**CleanNet Of Illinois, Inc.**<br>**Suite 208**<br>**9861 Broken Land Parkway**<br>**Columbia, MD  21046** | | | **collection** | | | | 265.00 |
| ACCOUNT NO. **964572**<br>**Coinmach Corporation NY**<br>**Box 27288**<br>**New York, NY  10087-7288** | | | **collection** | | | | 137.36 |
| ACCOUNT NO. **3113039010**<br>**ComEd**<br>**Box 6111**<br>**Carol Stream, IL  60197-6111** | | | **electric service** | | | | 2,625.48 |

Sheet no. __**2**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,576.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Spacio, LLC**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CC04640** <br> **Comfort Zone** <br> **601 West 26th Street** <br> **New York, NY 10001** | | | collection | | | | 2,377.00 |
| ACCOUNT NO. **510090** <br> **Cosmo Prof** <br> **3900 Morse Street** <br> **Denton, TX 76208** | | | collection | | | | 908.28 |
| ACCOUNT NO. **xxx-xx-1485** <br> **Darlene Chaleff** <br> **55 West Goethe** <br> **Chicago, IL 60610** | | | | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-9788** <br> **David C. Hewitt** <br> **Unit 915** <br> **3550 North Lakeshore Drive** <br> **Chicago, IL 60657** | | | payroll wages | | | | 378.54 |
| ACCOUNT NO. **xxx-xx-4876** <br> **David Hoffman** <br> **1343 North Sutton Place** <br> **Chicago, IL 60610** | | | | | | | 0.00 |
| ACCOUNT NO. **66 66263066** <br> **Decleor USA, Inc.** <br> **100 Tokeneke Road** <br> **Darien, CT 06820-1005** | | | collection | | | | 3,628.00 |
| ACCOUNT NO. **xxx-xx-2407** <br> **Dragic M. Obradovic** <br> **Unit 2301** <br> **330 West Diversy Parkway** <br> **Chicago, IL 60657** | | | | | | | 0.00 |

Sheet no. ___**3**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,291.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 4 Cont.

IN RE **Spacio, LLC** _____    Case No. _____
 Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-3848**<br>**Edward Evans**<br>**Apartment 4**<br>**3521 North Reta Avenue**<br>**Chicago, IL 60657** | | | **payroll wages** | | | | **174.46** |
| ACCOUNT NO. **xxx-xx-9058**<br>**Edward Mogul**<br>**5510 North Sheridan**<br>**Chicago, IL 60640** | | | | | | | **0.00** |
| ACCOUNT NO. **INV164243**<br>**Element Payment Services**<br>**Suite 200**<br>**14415 South 50th Street**<br>**Phoenix, AZ 85044** | | | **collection** | | | | **15.00** |
| ACCOUNT NO. **Spacio**<br>**Fritz Chaleff**<br>**4925 Reaminton Drive**<br>**Sarasota, FL 34234** | | | | | | | **2,000.00** |
| ACCOUNT NO. **244650**<br>**Garvey's Office Products**<br>**Box 66667**<br>**Chicago, IL 60666-0667** | | | | | | | **461.57** |
| ACCOUNT NO. **203655**<br>**gloProfessional**<br>**Dept. 100**<br>**600 West Bayaud Avenue**<br>**Denver, CO 80223** | | | | | | | **463.47** |
| ACCOUNT NO. **6806**<br>**Hair Art And Colour, Co.**<br>**4632 South Woodland Drive**<br>**Greenfield, WI 53220** | | | | | | | **38.93** |

Sheet no. **4** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,153.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Spacio, LLC**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5688**<br>**Hernan R. Franco**<br>**858 West Armitage Avenue**<br>**Chicago, IL  60614** | | | | | | | **0.00** |
| ACCOUNT NO. **39-2018056**<br>**Ira FBO J Karen Butler Northwestern**<br>**Mutual Company As Custodian**<br>**858 West Armitage Avenue**<br>**Chicago, IL  60614** | | | | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-4410**<br>**James Currier**<br>**131 West Goethe**<br>**Chicago, IL  60610** | | | **shareholder/investor** | | | | **0.00** |
| ACCOUNT NO. **xxx-xx-6936**<br>**Jennifer Medrano**<br>**Apartment 2F**<br>**1941 West Evergreen**<br>**Chicago, IL  60622** | | | **payroll wages** | | | | **33.42** |
| ACCOUNT NO. **xxx-xx-4700**<br>**Jim J. Sanders**<br>**4506 North Beacon Street**<br>**Chicago, IL  60640** | | | **payroll wages** | | | | **106.46** |
| ACCOUNT NO. **xxx-xx-4298**<br>**Joey M. Strunk**<br>**1201 West Diversy Parkway**<br>**Chicago, IL  60614** | | | **payroll wages** | | | | **228.77** |
| ACCOUNT NO. **36-6612538**<br>**Joyce Saxon Trust**<br>**55 East Pearson**<br>**Chicago, IL  60611** | | | **shareholder/investor** | | | | **0.00** |

Sheet no. ____**5**____ of ____**12**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **368.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC** _____    Case No. _____
                      Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-8721** <br> **Kew-Jung Lee** <br> **Unit 2214** <br> **2800 North Lakeshore Drive** <br> **Chicago, IL  60657** | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-1140** <br> **Leslie Morgan** <br> **Apartment 1** <br> **2027 West Eastwood Avenue** <br> **Chicago, IL  60625** | | | payroll wages | | | | 232.53 |
| ACCOUNT NO. **xxx-xx-4871** <br> **Lisa M. Adreani** <br> **Apartment 1** <br> **4829 Crain** <br> **Skokie, IL  60077** | | | payroll wages | | | | 81.78 |
| ACCOUNT NO. **xxx-xx-3258** <br> **Mary M. Mancini** <br> **1075 West Polk Street** <br> **Chicago, IL  60607** | | | payroll wages | | | | 75.01 |
| ACCOUNT NO. **xxx-xx-6965** <br> **Matthew Jiovanni** <br> **Apartment G** <br> **5320 North Kenmore** <br> **Chicago, IL  60640** | | | payroll wages | | | | 264.84 |
| ACCOUNT NO. **xxx-xx-5178** <br> **Melissa Terrell** <br> **Apartment 819** <br> **5550 North Kenmore Avenue** <br> **Chicago, IL  60640** | | | payroll wages | | | | 112.80 |
| ACCOUNT NO. **xxx-xx-1668** <br> **Meredith Stanley** <br> **Suite 6F** <br> **21 East Chestnut** <br> **Chicago, IL  60611** | | | payroll wages | | | | 330.22 |

Sheet no. ___**6**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **1,097.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC** _____    Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-2450** <br> **Michelle Gordon** <br> **Apartment 2RB** <br> **1914 West Henderson** <br> **Chicago, IL 60614** | | | payroll wages | | | | 97.32 |
| ACCOUNT NO. **078032** <br> **Muzak OA** <br> **3318 Lakemont Boulevard** <br> **Fort Mill, SC 29708** | | | collection | | | | 56.00 |
| ACCOUNT NO. **xxx-xx-0502** <br> **Nicholas W. Skezas** <br> **Unit 11** <br> **2717 North Lehman Court** <br> **Chicago, IL 60614** | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **12050000092** <br> **North Community Bank** <br> **3639 North Broadway** <br> **Chicago, IL 60613** | | | NSF fees | | | | 9,997.35 |
| ACCOUNT NO. **2001856743** <br> **P&G Salon Professional** <br> **The Wella Corporation** <br> **24444 Network Place** <br> **Chicago, IL 60673-1244** | | | collection | | | | 1,525.00 |
| ACCOUNT NO. **xxx-xx-8245** <br> **Patricia A. Feeley** <br> **1800 Knollwood Road** <br> **Louisville, KY 40207** | | | payroll wages | | | | 168.00 |
| ACCOUNT NO. **2500032394807** <br> **Peoples Gas** <br> **Chicago, IL 60687-0001** | | | natural gas service | | | | 115.41 |

Sheet no. **7** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,959.08**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC**

Debtor(s)                                    Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2500032394864**<br>**Peoples Gas**<br>**Chicago, IL  60687-0001** | | | natural gas service | | | | 32.18 |
| ACCOUNT NO. **2500032394859**<br>**Peoples Gas**<br>**Chicago, IL  60687-0001** | | | natural gas service | | | | 109.24 |
| ACCOUNT NO. **8000-9090-0563-5870**<br>**Pitney Bowes**<br>**Purchase Power**<br>**Box 371874**<br>**Pittsburgh, PA  15250-7874** | | | notice only | | | | 0.00 |
| ACCOUNT NO. **20-2459849**<br>**Polaris Capital Investments LLC**<br>**Unit 300**<br>**505 North LaSalle Street**<br>**Chicago, IL  60654** | | | collection | | | | 0.00 |
| ACCOUNT NO. **24465**<br>**Premier Beauty Supply**<br>**400 Academy Drive**<br>**Northbrook, IL  60062** | | | collection | | | | 612.00 |
| ACCOUNT NO. **12212**<br>**Professional Salon Concepts**<br>**610 Moen Avenue**<br>**Joliet, IL  60436** | | | collection | | | | 174.66 |
| ACCOUNT NO. **10894**<br>**Purespa Direct**<br>**485-18 South Broadway**<br>**Hicksville, NY  11801** | | | payroll wages | | | | 115.87 |

Sheet no. **8** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,043.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Spacio, LLC _____      Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-9879**<br>Reid S. Jacobson<br>600 Mulberry<br>Highland Park, IL  60035 | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-5683**<br>Robert Bell<br>6040 North Camino Esquina<br>Tuscon, AZ  85718 | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-9833**<br>Roger Pielet<br>2155 West Huron Street<br>Chicago, IL  60622 | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-5299**<br>Ronald L. Dale<br>87/91 Moo 4, Ladawan Village,<br>Sathorn-Rachapruek Road,<br>Bangvak, Phasicharuen,    Bangkok | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-3860**<br>Ronald L. Klein<br>8017 Via Hacienda<br>Palm Beach Gardens, FL  33418 | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-3254**<br>Ross R. Brodersen<br>Apartment 2<br>1319 West Eddy Street<br>Chicago, IL  60657 | | | payroll wages | | | | 651.92 |
| ACCOUNT NO. **0010100745**<br>SalonCentric<br>Suite 4000<br>8031 114th Avenue<br>Largo, FL  33773 | | | collection | | | | 512.09 |

Sheet no. ___**9**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **1,164.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC** _____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-8402** <br><br> **Sheri Szuta** <br> **Apartment 2** <br> **2405 North Clybourn Avenue** <br> **Chicago, IL  60614** | | | **payroll wages** | | | | 51.68 |
| ACCOUNT NO. **xxx-xx-9903** <br><br> **Sherry Bays** <br> **817 Neva Avenue** <br> **Addison, IL  60101** | | | **payroll wages** | | | | 18.56 |
| ACCOUNT NO. **1100922** <br><br> **Skinceuticals** <br> **3402 West Miller Road** <br> **Garland, TX  75041-6114** | | | **collection** | | | | 601.67 |
| ACCOUNT NO. **1098426** <br><br> **Skinceuticals** <br> **3402 West Miller Road** <br> **Garland, TX  75041-6114** | | | **collection** | | | | 341.94 |
| ACCOUNT NO. **469359** <br><br> **Spa Finder** <br> **Floor 10** <br> **257 Park Avenue South** <br> **New York, NY  10010** | | | **services** | | | | 83.00 |
| ACCOUNT NO. **xxx-xx-5692** <br><br> **Stephanie A. Calzante** <br> **510 North Central** <br> **Addison, IL  60101** | | | **payroll wages** | | | | 170.91 |
| ACCOUNT NO. **xxx-xx-1377** <br><br> **Stephen L. Farmer** <br> **5518 North Wayne Avenue** <br> **Chicago, IL  60640** | | | **shareholder/investor** | | | | 0.00 |

Sheet no. __**10**__ of __**12**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1,267.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Spacio, LLC** _____    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Spacio, LLC** <br><br>**T & B Ventures, LLC** <br>**Attn: Gary Treinkman** <br>**901 North Ashland Avenue** <br>**Chicago, IL 60622** | | | **breach of lease** | | | | **282,618.11** |
| ACCOUNT NO. <br><br>**Daniel G. Lauer, Esq.** <br>**1424 West Division Street** <br>**Chicago, IL 60622** | | | **Assignee or other notification for:** <br>**T & B Ventures, LLC** | | | | |
| ACCOUNT NO. <br><br>**Mayer And Marsh** <br>**Suite 700** <br>**123 West Madison Street** <br>**Chicago, IL 60602** | | | **Assignee or other notification for:** <br>**T & B Ventures, LLC** | | | | |
| ACCOUNT NO. **xxx-xx-9116** <br><br>**Tatyana Sulvitsky** <br>**Apartment 2612** <br>**3600 North Lakeshore Drive** <br>**Chicago, IL 60613** | | | **payroll wages** | | | | **330.22** |
| ACCOUNT NO. **12348721** <br><br>**The Hartford** <br>**Box 660916** <br>**Dallas, TX 75266-0916** | | | **collection** | | | | **11,942.29** |
| ACCOUNT NO. **2001856743** <br><br>**The Wella Corporation** <br>**6109 De Soto Avenue** <br>**Woodland Hills, CA 91367** | | | **collection** | | | | **17.35** |
| ACCOUNT NO. **xxx-xx-4352** <br><br>**Theresa M. Jacobson** <br>**600 Mulberry** <br>**Chicago, IL 60035** | | | **shareholder/investor** | | | | **0.00** |

Sheet no. __11__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **294,907.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Spacio, LLC**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx-xx-5203**<br>**Theron R. Kufahl**<br>**512 Guinevere Drive**<br>**Newton Square, PA  19073** | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **xxx-xx-6672**<br>**Thomas R. Klein**<br>**Unit 9C**<br>**3800 North Lakeshore Drive**<br>**Chicago, IL  60613** | | | shareholder/investor | | | | 0.00 |
| ACCOUNT NO. **410185**<br>**Tng Worldwide The Beuty Experts**<br>**29683 W K Smith Drive**<br>**New Hudson, MI  48165** | | | collection | | | | 552.26 |
| ACCOUNT NO. **0000Y104F7302**<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL  60132-0577** | | | services | | | | 187.23 |
| ACCOUNT NO. **xxx-xx-8545**<br>**Vanessa Flores**<br>**Apartment 1F**<br>**3701 South Lowe**<br>**Chicago, IL  60609** | | | payroll wages | | | | 38.78 |
| ACCOUNT NO. **510090**<br>**Victory Beauty Systems**<br>**3900 Morse Road**<br>**Denton, TX  76208** | | | collection | | | | 597.25 |
| ACCOUNT NO. | | | | | | | |

Sheet no. **12** of **12** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,375.52**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **349,214.40**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Spacio, LLC**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **T & B Ventures, LLC**<br>**Attn: Gary Treinkman**<br>**901 North Ashland Avenue**<br>**Chicago, IL 60622**<br><br>**Daniel G. Lauer, Esq.**<br>**1424 West Division Street**<br>**Chicago, IL 60622**<br><br>**Grant McCorkhill, Esq.**<br>**Holland And Knight**<br>**500 West Madison Street, 40th Floor**<br>**Chicago, IL 60161**<br><br>**Michael V. Marsh**<br>**Mayer And Marsh**<br>**123 West Madison Street, Unit 700**<br>**Chicago, IL 60602** | **Lease of 2700 North Halsted Street, Chicago, IL 60614** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Spacio, LLC**
_____        Case No. _____
Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Spacio, LLC
2706 North Halsted Street
Chicago, IL  60614-1414

Carl Chaleff
55 West Goethe
Chicago, IL  60610

Comfort Zone
601 West 26th Street
New York, NY  10001

Wheeler & Patel LLP
1008 West Lake Street, Unit 1
Chicago, IL  60607-1715

Caxy Consulting
Suite 601
600 West Van Buren Street
Chicago, IL  60607

Cosmo Prof
3900 Morse Street
Denton, TX  76208

A T & T
Box 8100
Aurora, IL  60507-8100

Chad Bessignano
Apartment 1
4535 Magnolia Avenue
Chicago, IL  60640-5512

Daniel G. Lauer, Esq.
1424 West Division Street
Chicago, IL  60622

Advanced Microderm
Suite 302
904 South Roselle Road
Schaumburg, IL  60193

Cheryl Kujawinski
Apartment 3E
2920 North Albany
Chicago, IL  60618

Darlene Chaleff
55 West Goethe
Chicago, IL  60610

Aetna
Box 0824
Carol Stream, IL  60132-0824

Christie Nelson
Unit 1004
670 West Wayman Street
Chicago, IL  60661

David C. Hewitt
Unit 915
3550 North Lakeshore Drive
Chicago, IL  60657

Alexis Knaak
2254 North Southport
Chicago, IL  60614

Christopher S. Bailey
Unit 3 F
933 West Agatite
Chicago, IL  60640

David Hoffman
1343 North Sutton Place
Chicago, IL  60610

Amanda Rosario
2109 North Spaulding Avenue
Chicago, IL  60647

Cintas
Box 88005
Chicago, IL  60680

Decleor USA, Inc.
100 Tokeneke Road
Darien, CT  06820-1005

Bank Of America
Merchant Services
Box 6600
Hagerstown, MD  21741-6600

CleanNet Of Illinois, Inc.
Suite 208
9861 Broken Land Parkway
Columbia, MD  21046

Dragic M. Obradovic
Unit 2301
330 West Diversy Parkway
Chicago, IL  60657

C. Grant McCorkhill
30th Floor
131 South Dearborn
Chicago, IL  60603

Coinmach Corporation NY
Box 27288
New York, NY  10087-7288

Edward Evans
Apartment 4
3521 North Reta Avenue
Chicago, IL  60657

Capital Insurance Companies
Box 673110
Chicago, IL  60695-3110

ComEd
Box 6111
Carol Stream, IL  60197-6111

Edward Mogul
5510 North Sheridan
Chicago, IL  60640

Element Payment Services
Suite 200
14415 South 50th Street
Phoenix, AZ  85044

Ira FBO J Karen Butler Northwestern
Mutual Company As Custodian
858 West Armitage Avenue
Chicago, IL  60614

Matthew Jiovanni
Apartment G
5320 North Kenmore
Chicago, IL  60640

Fritz Chaleff
4925 Reaminton Drive
Sarasota, FL  34234

James Currier
131 West Goethe
Chicago, IL  60610

Mayer And Marsh
Suite 700
123 West Madison Street
Chicago, IL  60602

Garvey's Office Products
Box 66667
Chicago, IL  60666-0667

Jennifer Medrano
Apartment 2F
1941 West Evergreen
Chicago, IL  60622

Melissa Terrell
Apartment 819
5550 North Kenmore Avenue
Chicago, IL  60640

gloProfessional
Dept. 100
600 West Bayaud Avenue
Denver, CO  80223

Jim J. Sanders
4506 North Beacon Street
Chicago, IL  60640

Meredith Stanley
Suite 6F
21 East Chestnut
Chicago, IL  60611

Grant McCorkhill, Esq.
Holland And Knight
500 West Madison Street, 40th Floor
Chicago, IL  60161

Joey M. Strunk
1201 West Diversy Parkway
Chicago, IL  60614

Michael V. Marsh
Mayer And Marsh
123 West Madison Street, Unit 700
Chicago, IL  60602

Hair Art And Colour, Co.
4632 South Woodland Drive
Greenfield, WI  53220

Joyce Saxon Trust
55 East Pearson
Chicago, IL  60611

Michelle Gordon
Apartment 2RB
1914 West Henderson
Chicago, IL  60614

Hernan R. Franco
858 West Armitage Avenue
Chicago, IL  60614

Kew-Jung Lee
Unit 2214
2800 North Lakeshore Drive
Chicago, IL  60657

Muzak OA
3318 Lakemont Boulevard
Fort Mill, SC  29708

Illinois Secretary of State
Michael J. Howlett Building
501 S. Second St., Rm. 350
Springfield, IL  62756

Leslie Morgan
Apartment 1
2027 West Eastwood Avenue
Chicago, IL  60625

Nicholas W. Skezas
Unit 11
2717 North Lehman Court
Chicago, IL  60614

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7396

Lisa M. Adreani
Apartment 1
4829 Crain
Skokie, IL  60077

North Community Bank
3639 North Broadway
Chicago, IL  60613

Internal Revenue Services
Payments
P.O. Box 7312
Philadelphia, PA  19101-7317

Mary M. Mancini
1075 West Polk Street
Chicago, IL  60607

P&G Salon Professional
The Wella Corporation
24444 Network Place
Chicago, IL  60673-1244

Patricia A. Feeley
1800 Knollwood Road
Louisville, KY  40207

Ronald L. Dale
87/91 Moo 4, Ladawan Village,
Sathorn-Rachapruek Road,
Bangvak, Phasicharuen,    Bangkok

Stephanie A. Calzante
510 North Central
Addison, IL  60101


Peoples Gas
Chicago, IL  60687-0001

Ronald L. Klein
8017 Via Hacienda
Palm Beach Gardens, FL  33418

Stephen L. Farmer
5518 North Wayne Avenue
Chicago, IL  60640


Pitney Bowes
Purchase Power
Box 371874
Pittsburgh, PA  15250-7874

Ross R. Brodersen
Apartment 2
1319 West Eddy Street
Chicago, IL  60657

T & B Ventures, LLC
Attn:  Gary Treinkman
901 North Ashland Avenue
Chicago, IL  60622


Polaris Capital Investments LLC
Unit 300
505 North LaSalle Street
Chicago, IL  60654

SalonCentric
Suite 4000
8031 114th Avenue
Largo, FL  33773

Tatyana Sulvitsky
Apartment 2612
3600 North Lakeshore Drive
Chicago, IL  60613


Premier Beauty Supply
400 Academy Drive
Northbrook, IL  60062

Secretary Of State
Room 350
69 West Washington
Chicago, IL  60602

The Hartford
Box 660916
Dallas, TX  75266-0916


Professional Salon Concepts
610 Moen Avenue
Joliet, IL  60436

Sheri Szuta
Apartment 2
2405 North Clybourn Avenue
Chicago, IL  60614

The Wella Corporation
6109 De Soto Avenue
Woodland Hills, CA  91367


Purespa Direct
485-18 South Broadway
Hicksville, NY  11801

Sherry Bays
817 Neva Avenue
Addison, IL  60101

Theresa M. Jacobson
600 Mulberry
Chicago, IL  60035


Reid S. Jacobson
600 Mulberry
Highland Park, IL  60035

Skinceuticals
3402 West Miller Road
Garland, TX  75041-6114

Theron R. Kufahl
512 Guinevere Drive
Newton Square, PA  19073


Robert Bell
6040 North Camino Esquina
Tuscon, AZ  85718

Spa Finder
Floor 10
257 Park Avenue South
New York, NY  10010

Thomas R. Klein
Unit 9C
3800 North Lakeshore Drive
Chicago, IL  60613


Roger Pielet
2155 West Huron Street
Chicago, IL  60622

State Of Illinois
Department Of Revenue
Box 19035
Springfield, IL  62794-9035

Tng Worldwide The Beuty Experts
29683 W K Smith Drive
New Hudson, MI  48165

**UPS**
**Lockbox 577**
**Carol Stream, IL  60132-0577**


**Vanessa Flores**
**Apartment 1F**
**3701 South Lowe**
**Chicago, IL  60609**


**Victory Beauty Systems**
**3900 Morse Road**
**Denton, TX  76208**